

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  LEE GABRIEL
  ELIZABETH KERR
  MARK T. PITTMAN
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

April 25, 2019

Catherine Luft
Assistant Criminal District Attorney
1450 East McKinney, Ste. 3100
Denton, TX 76209
* DELIVERED VIA E-MAIL *

Hon. Sherry Shipman
Judge, 16th District Court
Denton County
1450 E. McKinney St.
Denton, TX 76209
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Grace M. Wren
Law Offices of Tim Powers
215 W. Oak
Denton, TX 76201
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Denton County
P.O. Box 2146
Denton, TX 76202-2146
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-19-00137-CR, 02-19-00138-CR,
                                     02-19-00139-CR, 02-19-00140-CR,
                                     02-19-00141-CR
        Trial Court Case Number:     F19-791-16, F17-1079-16,
                                     F16-3053-16, F16-3052-16,
                                     F18-163-16

Style:   Brian Hilby
         v.
         The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced causes. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*